**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **RODNEY WM. ROBINSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SALLY STEVENSON,** *et al.*, )<br>)<br>**Defendants.** ) | **CAUSE NO. 3:06-CV-282 AS** |

### OPINION AND ORDER

Rodney Robinson, a *pro se* prisoner, seeks leave to proceed *in forma pauperis* on appeal. Pursuant to 28 U.S.C. § 1915(a)(3), "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." Substantively, this appeal is not taken in good faith for the reasons stated in this court's order dated November 3, 2006 (docket #16). Mr. Robinson may still proceed with this appeal, but to do so he must pay the full $455.00 filing fee in advance.

For the foregoing reasons, the court:

(1) DENIES the motion for leave to proceed on appeal *in forma pauperis* (docket #22);

(2) GRANTS Rodney Robinson to and including January 2, 2007, within which to pay the $455.00 filing fee; and

(3) CAUTIONS Rodney Robinson, that if he does not pay this filing fee by that date, this appeal may be dismissed without further notice.

**IT IS SO ORDERED.**

**ENTERED: December 18, 2006**

                                               **S/ ALLEN SHARP**
                                **ALLEN SHARP, JUDGE**
                                **UNITED STATES DISTRICT COURT**